Certificate Number: 15317-ILN-DE-038041521

Bankruptcy Case Number: 23-13795



15317-ILN-DE-038041521

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 22, 2023</u>, at <u>10:11</u> o'clock <u>AM PST</u>, <u>Nicholas B Dacanay</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date:  <u>December 22, 2023</u>          By:  <u>/s/Jerry Fajardo</u>

Name:  <u>Jerry Fajardo</u>

Title:  <u>Counselor</u>